BEFORE THE FIRST DIVISION, JULY 7, 1952

No. 56784.—Paramount Import Co., Inc., et al. *v.* United States, protests 141765-K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of pear-shaped glass articles similar in all material respects to those the subject of *Brier Manufacturing Co.* v. *United States* (39 C. C. P. A. 68, C. A. D. 465), the claim of the plaintiffs was sustained.